UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH JOHN VIOLA,

        Plaintiff.

   v.

MORTON D. KIRSCH,

        Defendant.

Case No.  16-cv-02006-EMC


**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Sandra Brown Armstrong to determine whether it is related to Viola v. Davis, Case No. C16-0181 EMC.

    **IT IS SO ORDERED.**

Dated:  April 19, 2016

_____
EDWARD M. CHEN
United States District Judge